IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STEVEN DEWAYNE EVANS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0059 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**REPORT AND RECOMMENDATION TO DENY
PETITIONER'S MOTION TO VACATE VOID JUDGMENT**

Came this day for consideration the above-entitled pleading filed by petitioner on July 3, 2006. By his motion, petitioner requests this Court vacate its judgment denying petitioner's habeas corpus application. Such habeas application was filed February 24, 2005 and judgment entered March 24, 2006.

To the extent the Court can interpret what petitioner is attempting to argue, *i.e.* that the judgement of the Court is void and should be vacated, petitioner has not provided any intelligent argument to support his claim. After petitioner filed his habeas petition, an Order to Show Cause issued on November 2, 2005 and in lieu of an Answer, respondent filed a motion to dismiss in this case based upon limitations. Petitioner failed to file any reply to such motion and on March 2, 2006, the undersigned entered its Report and Recommendation to dismiss petitioner's habeas petition as time barred. Although provided time to do so, petitioner failed to filed objections to the Report an Recommendation.

Petitioner now has filed a post-judgment motion appearing to request the judgment be vacated

asserting that limitations should not apply. Petitioner had ample opportunity to raise this argument and should have done so after respondent's motion to dismiss was filed and/or as an objection to the Report and Recommendation. Petitioner failed to do so and has provided no reason for such failure. Petitioner had not one, but two opportunities to litigate his claim and by failing to do so until after judgment has been entered, petitioner appears to be wasting the Court's time. Further, petitioner has failed to fully support his position with any logical argument. The motion to vacate is without merit.

## RECOMMENDATION

It is the RECOMMENDATION of the United States Magistrate Judge to the United States District Judge that the petition for a writ of habeas corpus filed by petitioner STEVEN DEWAYNE EVANS be DENIED.

## INSTRUCTIONS FOR SERVICE

The United States District Clerk is directed to send a file-marked copy of this Report and Recommendation to petitioner and to counsel of record for respondent by the most efficient means available.

IT IS SO RECOMMENDED.

ENTERED this <u>14th</u> day of July 2006.

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

## * <u>NOTICE OF RIGHT TO OBJECT</u> *

Any party may object to these proposed findings, conclusions and recommendation. In the event a party wishes to object, they are hereby NOTIFIED that the deadline for filing objections is eleven (11) days from the date of filing as indicated by the file mark on the first page of this recommendation. Service is complete upon mailing, Fed. R. Civ. P. 5(b), <u>and</u> the parties are

HAB54\R&R\EVANS.POSTJMTMOT:3

allowed a 3-day service by mail extension, Fed. R. Civ. P. 6(e). Therefore, any objections must be <u>filed</u> **on or before the fourteenth (14th) day after this recommendation is filed**. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); R. 4(a)(1) of Miscellaneous Order No. 6, as authorized by Local Rule 3.1, Local Rules of the United States District Courts for the Northern District of Texas.

Any such objections shall be made in a written pleading entitled "Objections to the Report and Recommendation." Objecting parties shall file the written objections with the United States District Clerk and serve a copy of such objections on all other parties. A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation contained in this report shall bar an aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings, legal conclusions, and recommendation set forth by the Magistrate Judge in this report and accepted by the district court. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996); *Rodriguez v. Bowen,* 857 F.2d 275, 276-77 (5th Cir. 1988).