IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 2 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| STEVEN DEWAYNE EVANS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0059 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITIONER'S MOTION TO VACATE VOID JUDGMENT

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On March 24, 2006, the United States District Judge entered judgment denying petitioner's habeas application. On July 3, 2006, petitioner filed a Motion to Vacate Void Judgment. On July 14, 2006 the United States Magistrate Judge entered a Report and Recommendation and therein recommended denial of petitioner's motion. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, petitioner's Motion to Vacate Void Judgment is hereby DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _____ day of August 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE